IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DELORES MCELHANEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. _____ |
| | ) |
| ALLSTATE PROPERTY AND | ) |
| CASUALTY INSURANCE COMPANY, | ) |
| a foreign corporation, | ) |
| | ) |
| Defendant. | ) |

## **NOTICE OF REMOVAL**

COMES NOW, Defendant Allstate Property and Casualty Insurance Company ("Allstate") and hereby submits this Notice of Removal of the action herein referred to from the Superior Court of Gwinnett County to the United States District Court for the Northern District of Georgia, Atlanta Division, and respectfully shows the Court the following:

1.

A civil action has been brought against Defendant Allstate in the Superior Court of Gwinnett County, State of Georgia, by the above-named Plaintiff, said action being designated as Civil Action No. 24-A-07740-7.  Said action seeks

recovery of an amount, specifically enumerated in paragraph 17 of the Complaint for Damages in excess of $152,712.23.

2.

Upon information and belief, Plaintiff was at the commencement of this action and still is a citizen and resident of the State of Georgia. (Complaint, ¶1).

3.

Defendant Allstate was at the commencement of action and still is a corporation organized under the laws of the State of Illinois, whose principal place of business is in Northbrook, Illinois.

4.

Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is filed within thirty (30) days after the service of Summons on the Defendant.

5.

Pursuant to 28 U.S.C. § 1332, this Court has jurisdiction of this action because there is complete diversity of citizenship and because the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

6.

Defendant Allstate attaches hereto a copy of the Plaintiff's Summons and Complaint in the Superior Court of Gwinnett County, Georgia marked as Exhibit

"A", Plaintiff's First Set of Interrogatories and Request for Production of Documents Directed to Defendant marked as Exhibit "B", and a copy of the Answer of Defendant Allstate Property and Casualty Insurance Company marked as Exhibit "C".

WHEREFORE, Defendant Allstate Property and Casualty Insurance Company files this Notice of Removal of said cause to this Court and requests that no further proceedings be had in the Superior Court of Gwinnett County, Georgia.

                         Respectfully submitted,

                         WEBB NEARY DIKEMAN, LLP

By:   */s/ Melissa C. McMullen*
       MARVIN D. DIKEMAN
       Georgia State Bar No. 221760
       MELISSA C. MCMULLEN
       Georgia State Bar No. 187560

       ***Attorneys for Defendant Allstate***
       ***Property and Casualty Insurance Company***

One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, GA  30305
Telephone: 404.264.1080
Telecopier: 404.264.4520
mdikeman@wndlaw.net
mmcmullen@wndlaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF REMOVAL** (prepared in Times New Roman 14 point font) with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Michael D. Turner, Esq.
Foster L. Peebles, Esq.
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, GA 30075
mdturner@lawhuggins.com
fpeebles@lawhuggins.com

This 21st day of November, 2024.

By:   */s/ Melissa C. McMullen*
MELISSA C. MCMULLEN
Georgia State Bar No. 187560

***Attorneys for Defendant Allstate Property and Casualty Insurance Company***

WEBB NEARY DIKEMAN, LLP
One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, GA 30305
(404) 264-1080 / phone
(404) 264-4520 / fax
mmcmullen@wndlaw.net